# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TREON D. VAUGHN,<br><br>Plaintiff,<br>v.<br><br>JON LITSCHER, EDWARD WALL, HEISE, CATHY JESS, J. PAQUIN, WARDEN BOUGHTON, WARDEN KEMPER, A. ALT, J. GUNDERSON, S. KOENER, PAIGE O'CONNOR, STEPHANIE PIPIA, J. LINDOW, CAPTAIN T. WIEGAND, K. MARKS, J. ALDANA, KUSTMAN, MORRISON, MINK, and GARDNER,<br><br>Defendants. | Case No. 16-CV-1486-JPS |
| TREON D. VAUGHN,<br><br>Plaintiff,<br>v.<br><br>DEPUTY SHERIFF MCCOY, JON MASON, JAMES FITZGERALD, GEOFFREY DROWSE, MARY K. WAGNER, KENOSHA COUNTY CLERK OF COURT, OFFICER SORENSON, CLERK HANEY, DETECTIVE DEWITT, ROBERT D. ZAPF, DANIEL TUMBASCO, EMILY TERGY, ANDREW BURGOYNE, DAVID BERMAN, CHAD KERKMAN, DAVID BASTIANELLI, and MS. WAGNER'S CLERK,<br><br>Defendants. | Case No. 16-CV-1499-JPS |

| | |
|---|---|
| TREON D. VAUGHN,<br><br>       Plaintiff,<br>v.<br><br>WISCONSIN SUPREME COURT,<br>WISCONSIN COURT OF APPEALS,<br>STUART GRAHAM, DIANE M.<br>FREMGEN, and J. DENIS MORAN,<br><br>       Defendants. | Case No. 16-CV-1557-JPS<br><br><br><br>**ORDER** |

  Before the Court are three separate actions filed by the same plaintiff, Treon D. Vaughn, a prisoner at the Kenosha County Jail. In each of his three lawsuits, Plaintiff proceeds *pro se* and has filed a motion for leave to proceed without prepayment of the filing fee. Although given multiple opportunities to do so, he repeatedly failed to follow the appropriate procedures for demonstrating to the Court that he was indigent. The Court detailed the history of Plaintiff's failures in prior orders, and will not repeat that narrative here. Ultimately, the Court was forced to deny him *in forma pauperis* status.

  The Court therefore ordered Plaintiff to pay the full filing fee in each of these three actions no later than January 19, 2017, or each of them would be dismissed without prejudice. Again, he has ignored the Court's instructions and has not paid the filing fee in any of these cases. Having given Plaintiff every reasonable opportunity to pursue this litigation, the Court is obligated to dismiss each case without prejudice for failure to comply with its orders and for failure to pay the filing fees. *See* Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

  Accordingly,

**IT IS ORDERED** that each of the above-captioned actions be and the same is hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that Plaintiff's pending motions for appointment of counsel in each of the above-captioned actions be and the same are hereby **DENIED as moot**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge